NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1562, 2009-1073, -1074, -1092, -1153

ALFRED T. FRASER,

Plaintiff-Appellant,

and

PAUL J. FRASER,

Plaintiff-Appellant,

v.

HIGH LINER FOODS (USA), INC.,

Defendant-Appellee,

and

VAN DE KAMPS, MRS. PAUL'S,
and PINNACLE FOODS GROUP LLC,

Defendants-Appellees,

and

UNITED NATURAL FOODS, INC. (also known as Natural Sea),

Defendant-Appellee,

and

GORTONS and ROCHE BROS. SUPERMARKET, INC.,

Defendants-Appellees,

and

CONAGRA FOODS, INC.,

Defendant-Appellee,

and

GOOD HARBOR FILLET COMPANY, INC.
and MIDSHIP SEAFOOD, INC.,

Defendants-Appellees.

Appeals from the United States District Court for the District of Massachusetts in case no. 06-CV-11644, Judge Rya W. Zobel.

ON MOTION

ORDER

Corey A. Salsberg moves for leave to withdraw as counsel for Gorton's et al.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 0 6 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 06 2009

JAN HORBALY
CLERK

cc: Alfred T. Fraser
Paul J. Fraser
Joshua M. Dalton, Esq.
Joseph J. Koltun, Esq.
Corey A. Salsberg, Esq.
Sarah C. Columbia, Esq.
Ira Jay Levy, Esq.
Charles A. Bieneman, Esq.
Charles S. Beal, Esq.
s17

2008-1562 et al.      2